UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RENE GIBSON, SR.                              CIVIL ACTION

VERSUS                                        NUMBER: 06-9033

MARLIN N. GUSMAN, ET AL.                      SECTION: "C"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claim against Sgt. Brown is dismissed with prejudice for failure to prosecute

**IT IS FURTHER ORDERED** that plaintiff's requests for summary judgment and for the appointment of counsel are denied.

New Orleans, Louisiana, this 25th day of June, 2007.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE