UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RENE GIBSON, SR.                          CIVIL ACTION

VERSUS                                    NUMBER: 06-9033

MARLIN N. GUSMAN, <u>ET</u> <u>AL</u>.              SECTION: "C"(5)

<u>O R D E R</u>

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendants' Rule 12(b)(6) motion be granted and that plaintiff's suit be **DISMISSED.**

New Orleans, Louisiana, this 31st day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE